UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARRHOD S. WILLIAMS,

    Petitioner,                                          Case No. 14-12341
                                                        Hon. Matthew F. Leitman

v.

DEWAYNE BURTON,

    Respondent.
_____/

**ORDER SETTING HEARING ON PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS [ECF #1] AND
MOTION FOR EVIDENTIARY HEARING [ECF #7]**

On June 14, 2014, counsel for Petitioner filed a Petition for Writ of Habeas Corpus [ECF #1] and on April 30, 2015, filed a Motion for Evidentiary Hearing [ECF #7].

**IT IS HEREBY ORDERED** that counsel for the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 242, Detroit, Michigan, on **Wednesday, March 30, 2016 at 10:00 a.m.** for a hearing on petitioner's petition and motion.

**IT IS FURTHER ORDERED** that counsel for the parties be prepared to argue (1) the claims in the Petition for Habeas Corpus, and (2) Petitioner's Motion for Evidentiary Hearing.

**IT IS FURTHER ORDERED** that counsel for the parties be prepared to discuss Petitioner's filings with the Michigan Court of Appeals, the decision issued by the Michigan Court of Appeals, and the decision of the state trial court denying petitioner's motion for relief from judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 15, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 15, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113