UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARRHOD S. WILLIAMS,

    Petitioner,                                      Case No. 14-cv-12341
                                                           Hon. Matthew F. Leitman

v.

DEWAYNE BURTON,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Court's Opinion and Order (1) Denying Motion for Evidentiary Hearing (ECF #7), (2) Denying Petition for Writ of Habeas Corpus (ECF #1), (3) Dismissing Action With Prejudice, and (4) Granting in Part a Certificate of Appealability, dated May 2, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent and against Petitioner.

                                                                        DAVID J. WEAVER
                                                                        CLERK OF COURT


                                            By:    s/Holly A. Monda
                                                                 Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 2, 2016
Detroit, Michigan

1